

**NUMBER 13-17-00281-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF K.R., A.R., AND G.L.C., CHILDREN

---

**On appeal from the County Court at Law No. 5 of Nueces County, Texas.**

---

# ORDER TO FILE APPELLANT'S BRIEF

**Before Justices Rodriguez, Contreras, and Benavides Order Per Curiam**

This is an appeal of an order terminating parental rights. The appellate record in this matter has been complete for more than a month. The clerk's record was filed on June 5, 2017; the reporter's record was filed on June 15, 2017; and a supplemental clerk's record was filed on June 21, 2017. Appellant's brief was therefore due to be filed on or before Tuesday, July 11, 2017. *See* TEX. R. APP. P. 38.6(a) (providing that, in an

accelerated appeal, an appellant must file a brief within 20 days after the later of (1) the date the clerk's record was filed, or (2) the date the reporter's record was filed).

On July 18, 2017, appellant's counsel filed a motion to extend time to file appellant's brief. Counsel requested a sixty-day extension "on the basis of a heavy work docket and conflicting schedule." Counsel filed an amended motion on July 19, 2017 noting that counsel for appellee, the Department of Family and Protective Services, is opposed to a sixty-day extension but is not opposed to a thirty-day extension. Counsel also filed a second amended motion for extension of time on July 19, 2017, containing an amended certificate of service.

On July 25, 2017, we granted counsel's second amended motion in part and ordered counsel to file appellant's brief on or before the expiration of the business day on Friday, August 4, 2017. We noted that we are directed to ensure "as far as reasonably possible" that appeals in parental termination cases are brought to final disposition within 180 days of the date the notice of appeal is filed, TEX. R. JUD. ADMIN. 6.2(a), and that it is the policy of this Court to limit extensions of time to file a brief in such cases to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Also on July 25, 2017, counsel filed a "Request for a Second Extension of Time Deadline to File Brief" requesting a thirty-day extension of time and noting that counsel has planned an out-of-state family vacation from July 26 to August 10. Counsel acknowledged that she "failed to mention her vacation" in her previous motions.

This Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice and given the circumstances, appellant's "Request

for a Second Extension of Time Deadline to File Brief" should be GRANTED IN PART and DENIED IN PART. Counsel is ORDERED to file appellant's brief on or before the expiration of the business day on Monday, August 21, 2017.

Further motions for extension of time by appellant's counsel will not be entertained. The failure to file the brief timely in accordance with this order will result in abatement of the appeal for the appointment of new counsel.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant's counsel, the Honorable Sandra Eastwood, by email and by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
27th day of July, 2017.

3